**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY ALBERT MORA,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>M.D. MCDONALD, Warden,<br><br>　　　　　Respondent. | NO. CV 08-08138 JFW (SS)<br><br>**ORDER ADOPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

\\

Accordingly, IT IS ORDERED THAT:

1. The Motion to Dismiss is GRANTED and Judgment shall be entered dismissing this action without prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner and on counsel for Respondent.

DATED: 7/17/09

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE