JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY ALBERT MORA,<br><br>        Petitioner,<br><br>      v.<br><br>M.D. MCDONALD, Warden,<br><br>        Respondent. | NO. CV 08-08138 JFW (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 7/17/09

*[signature]*

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE